

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00071-CV

MOHAMMAD SAATNIA                                                    APPELLANT

V.

DARIUSH ALIREZAIEYAN                                                APPELLEE

----------

## FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On July 22, 2011, Appellant Mohammad Saatnia, pro se, tendered his brief to this court. We notified Saatnia that the brief was defective, specifically listing the ways in which the brief did not comply with the rules of appellate procedure and this court's local rules; directed him to file an amended brief; and informed him that the appeal could be dismissed if he failed to file an amended brief that complied with the rules of appellate procedure and this court's local rules. *See*

---

[1]*See* Tex. R. App. P. 47.4.

Tex. R. App. P. 9.4(h), 38.1(d), (g), (i), (k), 38.8(a), 38.9(a), 42.3; 2nd Tex. App. (Fort Worth) Loc. R. 1.A, 1.A(8), 1.E. On October 3, 2011, after this court had granted Saatnia several extensions of time to file an amended brief, and after Appellee Dariush Alirezaieyan had filed a motion to dismiss this appeal on account of Saatnia's failure to file a compliant brief, Saatnia tendered an amended brief. The brief is defective because it does not comply with several rules of appellate procedure. *See* Tex. R. App. P. 9.4(h), 38.1(d), (g), (i), (k).

In Texas, an individual who is a party to civil litigation has the right to represent himself at trial and on appeal. *See* Tex. R. Civ. P. 7; *Bolling v. Farmers Branch ISD*, 315 S.W.3d 893, 895 (Tex. App.—Dallas 2010, no pet.). But the right to self-representation carries with it the responsibility to adhere to the rules of evidence and procedure, including the rules of appellate procedure if the party chooses to represent himself on appeal. *See Bolling*, 315 S.W.3d at 895. An appellate court cannot discharge its responsibility to review and dispose of an appeal on the merits without proper briefing. *Id.* If an appellant fails to comply with a requirement of appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time, the court may dismiss the appeal on appellee's motion or on the court's own initiative, provided the court gives ten days' notice to all parties. Tex. R. App. P. 42.3(c).

Because Saatnia has failed to comply with the rules of appellate procedure and this court's notifications to file an amended brief that complies with the rules of appellate procedure, we grant Alirezaieyan's motion to dismiss this appeal,

strike Saatnia's briefs, and dismiss this appeal.  *See* Tex. R. App. P. 42.3(c),

43.2(f).  There are no pending motions as of the date of this memorandum

opinion.


PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  October 13, 2011